MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
JENNIFER N. WAHLGREN (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3174
Facsimile: (415) 986-8054

Attorneys for Defendants
AMGUARD INSURANCE COMPANY and
WESTGUARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON JUAN FOODS, INC., a California Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; WESTGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1-20 inclusive,<br><br>            Defendants. | CASE NO.  1:20-CV-00499-NONE-SKO<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND THE DEADLINES FOR EXPERT DISCOVERY; ORDER**<br><br>**(Doc. 16)** |

Plaintiff Don Juan Foods, Inc. ("Plaintiff") and Defendants AmGUARD Insurance Company and WestGUARD Insurance Company (collectively "Defendants") stipulate as follows:

WHEREAS, on July 7, 2020, this Court issued a Scheduling Order setting forth deadlines related to expert discovery for this matter, as set forth below;

WHEREAS, the Parties have met and conferred, and agree that in order to account for an extension of time for Defendants to respond to Plaintiff's discovery requests, the deadlines for expert discovery should be continued. (Declaration of Jennifer Wahlgren, ¶5.) The Parties seek to continue the deadlines for expert discovery as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Designation of Opening Experts with Reports | December 1, 2020 | January 12, 2021 |
| Designation of Rebuttal Experts with Reports | December 16, 2020 | January 26, 2021 |
| Expert Discovery Cutoff | March 26, 2021 | April 9, 2021 |

WHEREAS, the Parties are not seeking an extension of any deadlines other than the deadlines related to expert discovery as set forth above. This is the Parties' first request for a modification of the Scheduling Order.

IT IS SO STIPULATED.

Dated: October 29, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Jennifer N. Wahlgren*
   Matthew S. Foy
   Jennifer N. Wahlgren
Attorneys for Defendants
AMGUARD INSURANCE COMPANY and WESTGUARD INSURANCE COMPANY

/ / /

/ / /

Dated: October 29, 2020               MERLIN LAW GROUP, P.A.

By: */s/ Michael J. Ponzo (authorized on 10.30.20)*
Michael J. Ponzo
Victor Jacobellis
Daniel J. Veroff
Attorneys for Plaintiff
DON JUAN FOODS, INC.

## ORDER

Pursuant to the foregoing Stipulation by the Parties, IT IS HEREBY ORDERED:

That the expert discovery deadlines set forth in the July 7, 2020, Scheduling Order (Doc. 15) be continued as follows:

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| Designation of Opening Experts with Reports | December 1, 2020 | January 12, 2021 |
| Designation of Rebuttal Experts with Reports | December 16, 2020 | January 26, 2021 |
| Expert Discovery Cutoff | March 26, 2021 | April 9, 2021 |

All other deadlines in the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated:   **November 2, 2020**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE