1  MATTHEW S. FOY  (SBN:  187238)
mfoy@grsm.com
2  JENNIFER N. WAHLGREN  (SBN:  249556)
jwahlgren@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
4  San Francisco, CA 94111
Telephone:  (415) 875-3174
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendants
AMGUARD INSURANCE COMPANY and
7  WESTGUARD INSURANCE COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  DON JUAN FOODS, INC., a California       CASE NO. 1:20-CV-00499-NONE-
    Corporation,                             SKO

13                               Plaintiff,  **STIPULATION TO MODIFY
                                             SCHEDULING ORDER TO
14          v.                               EXTEND THE LITIGATION
                                             DEADLINES; ORDER**
15  AMGUARD INSURANCE COMPANY, a
    Pennsylvania Corporation; WESTGUARD      (Doc. 20)
16  INSURANCE COMPANY, a Pennsylvania
    Corporation; and DOES 1-20 inclusive,    Accompanying Document:
17                                           Declaration of Jennifer N. Wahlgren
                              Defendants.
18

19

20

21

22

23

24

25

26

27

28

-1-
STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND LITIGATION
DEADLINES; ORDER

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Plaintiff Don Juan Foods, Inc. ("Plaintiff") and Defendants AmGUARD Insurance Company and WestGUARD Insurance Company (collectively "the Parties") stipulate as follows:

WHEREAS, on July 7, 2020, this Court issued a Scheduling Order setting forth deadlines.

WHEREAS, the Parties met and conferred, and stipulated that in order to account for an extension of time for Defendants to respond to Plaintiff's discovery requests, the deadlines for expert discovery should be continued.

WHEREAS, on November 3, 2020, this Court granted the Parties' stipulation to extend the deadlines for expert discovery.

WHEREAS, the Parties met and conferred, and agree that in order to allow time to complete private mediation and to account for potential delays in discovery due to the COVID-19 pandemic, the litigation deadlines should be continued. (Declaration of Jennifer Wahlgren, ¶¶2 – 3.)

WHEREAS, The Parties seek to continue the litigation deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Non-Expert Discovery | February 12, 2021 | April 16, 2021 |
| Designation of Opening Experts with Reports | January 12, 2021 | March 12, 2021 |
| Designation of Rebuttal Experts with Reports | January 26, 2021 | March 26, 2021 |
| Expert Discovery Cutoff | April 9, 2021 | June 11, 2021 |
| Non-Dispositive Motion Filing | April 23, 2021 | June 25, 2021 |
| Non-Dispositive Motion Hearing | May 19, 2021 | July 28, 2021 |
| Dispositive Motion Filing | April 23, 2021 | June 25, 2021 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |

///

///

///

///

STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND LITIGATION
DEADLINES; ORDER

WHEREAS, the Parties are not requesting a continuance of the Pre-Trial Conference, which is currently set for September 29, 2021, at 8:15 a.m. in Courtroom 4.

IT IS SO STIPULATED.

Dated:  December 28, 2020                    GORDON REES SCULLY MANSUKHANI, LLP


                                            By  */s/ Jennifer N. Wahlgren*
                                                    Matthew S. Foy
                                                    Jennifer N. Wahlgren
                                            Attorneys for Defendants
                                            AMGUARD INSURANCE COMPANY and
                                            WESTGUARD INSURANCE COMPANY

Dated:  December 28, 2020                    MERLIN LAW GROUP, P.A.


                                            By  */s/ Michael J. Ponzo*
                                             *(as authorized on 12.28.20)*
                                                    Michael J. Ponzo
                                                    Victor Jacobellis
                                                    Daniel J. Veroff
                                            Attorneys for Defendants
                                            DON JUAN FOODS, INC.

///
///
///
///
///
///
///
///
///
///
///
///

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

1210275/51393595v.1

-3-
STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND LITIGATION DEADLINES; ORDER

1

**ORDER**

2       Pursuant to the foregoing Stipulation by the Parties, IT IS HEREBY ORDERED:

3       That the deadlines set forth in the Scheduling Order (Docs. 15 & 18) be continued as

4  follows:

5

6

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery | February 12, 2021 | April 16, 2021 |
| Designation of Opening Experts with Reports | January 12, 2021 | March 12, 2021 |
| Designation of Rebuttal Experts with Reports | January 26, 2021 | March 26, 2021 |
| Expert Discovery Cutoff | April 9, 2021 | June 11, 2021 |
| Non-Dispositive Motion Filing | April 23, 2021 | June 25, 2021 |
| Non-Dispositive Motion Hearing | May 19, 2021 | July 28, 2021 |
| Dispositive Motion Filing | April 23, 2021 | June 25, 2021 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | September 29, 2021 | November 17, 2021[1] |

IT IS SO ORDERED.

Dated:   **January 4, 2021**       /s/ *Sheila K. Oberto*

                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has continued the pretrial conference to allow adequate time for the Court to rule on the parties' dispositive motions and to permit the parties sufficient time to prepare their pretrial submissions.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1210275/51393595v.1

-4-

STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND LITIGATION DEADLINES; ORDER