MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
JENNIFER N. WAHLGREN (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3174
Facsimile: (415) 986-8054

Attorneys for Defendants
AMGUARD INSURANCE COMPANY and
WESTGUARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON JUAN FOODS, INC., a California Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; WESTGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1-20 inclusive,<br><br>              Defendants. | CASE NO. 1:20-CV-00499-NONE-SKO<br><br>**(SECOND) STIPULATION TO EXTEND THE LITIGATION DEADLINES; ORDER**<br><br>Accompanying Document:<br>Declaration of Jennifer N. Wahlgren |

Plaintiff Don Juan Foods, Inc. ("Plaintiff") and Defendants AmGUARD Insurance Company and WestGUARD Insurance Company ("Defendants") (collectively "the Parties") stipulate as follows:

WHEREAS, on July 7, 2020, this Court issued a Scheduling Order setting forth deadlines.

WHEREAS, on November 3, 2020, this Court granted the Parties' stipulation to extend the deadlines for expert discovery.

WHEREAS, on December 28, 2020, the Parties filed a Stipulation to Modify Scheduling Order to Extend the Litigation Deadlines to allow time to complete private mediation and to account for potential delays in discovery due to the COVID-19 pandemic.

WHEREAS, on January 18, 2021 this Court granted the Parties' December 28 Stipulation[1].

WHEREAS, the Parties were unable to schedule private mediation in February and March and are currently working to schedule mediation in April 2021. Counsel for Defendants is going on unanticipated medical leave. Plaintiff's expert and counsel (who is located in Arizona) have been unable to travel and/or inspect the subject property due to travel restrictions and government shut down orders related to the COVID-19 pandemic. The Parties are currently scheduling dates for depositions starting in May 2021. (Declaration of Jennifer Wahlgren, ¶2.)

WHEREAS, the Parties met and conferred, and agree that in order to allow time to complete mediation and to account for delays in discovery due to the reasons discussed above, the litigation deadlines should be further continued. (Id at ¶¶2 – 3.)

WHEREAS, the Parties seek to continue the litigation deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Non-Expert Discovery | April 16, 2021 | August 16, 2021 |
| Designation of Opening Experts with Reports | March 12, 2021 | July 12, 2021 |
| Designation of Rebuttal Experts with Reports | March 26, 2021 | July 26, 2021 |
| Expert Discovery Cutoff | June 11, 2021 | October 11, 2021 |

---

[1] The Court continued the Pretrial Conference to November 17, 2021. (ECF No. 23)

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Non-Dispositive Motion Filing | June 25, 2021 | October 25, 2021 |
| Non-Dispositive Motion Hearing | July 28, 2021 | December 1, 2021 |
| Dispositive Motion Filing | June 25, 2021 | October 25, 2021 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | November 17, 2021 | February 2, 2022 |

IT IS SO STIPULATED.

Dated:  March 4, 2021                    GORDON REES SCULLY MANSUKHANI, LLP


By  */s/ Jennifer Wahlgren*
    Matthew S. Foy
    Jennifer N. Wahlgren
Attorneys for Defendants
AMGUARD INSURANCE COMPANY and WESTGUARD INSURANCE COMPANY

Dated:  March 4, 2021                    MERLIN LAW GROUP, P.A.


By  *Michael J. Ponzo (as authorized on 3.4.21)*
    Michael J. Ponzo
    Victor Jacobellis
    Daniel J. Veroff
Attorneys for Plaintiff
DON JUAN FOODS, INC.

///

///

///

///

///

///

///

-3-
(SECOND) STIPULATION TO EXTEND LITIGATION DEADLINES; ORDER

# **ORDER**

Pursuant to the foregoing Stipulation by the Parties (Doc. 66), and for good cause shown, Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that the current litigation deadlines be continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Non-Expert Discovery | April 16, 2021 | August 16, 2021 |
| Designation of Opening Experts with Reports | March 12, 2021 | July 12, 2021 |
| Designation of Rebuttal Experts with Reports | March 26, 2021 | July 26, 2021 |
| Expert Discovery Cutoff | June 11, 2021 | October 11, 2021 |
| Non-Dispositive Motion Filing | June 25, 2021 | October 25, 2021 |
| Non-Dispositive Motion Hearing | July 28, 2021 | December 1, 2021 |
| Dispositive Motion Filing | June 25, 2021 | October 25, 2021 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | November 17, 2021 | February 2, 2022 |

IT IS SO ORDERED.

Dated:   **March 8, 2021**              /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE