# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON JUAN FOODS, INC., | Case No. 1:20-cv-00499-NONE-SKO |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE SECOND PROPOSED STIPULATED PROTECTIVE ORDER** |
| v. | |
| AMGUARD INSURANCE COMPANY, et al., | (Doc. 26) |
| Defendants. | |
| _____/ | |

## I. INTRODUCTION

On March 11, 2021, after their initial Stipulated Protective Order was denied without prejudice for failure to comply with Local Rule 141.1, the parties filed a second request seeking Court approval of their proposed Stipulated Protective Order. (Doc. 26.) The Court has reviewed this proposed stipulated protective order and has determined that, in its current form, it again fails to comply with the Local Rules and cannot be granted. For the reasons set forth below, the Court DENIES *without prejudice* the parties' request to approve the stipulation and protective order.

## II. DISCUSSION

**A. The Protective Order Does Not Comply with Local Rule 141.1(c)**

As with the parties' initial proposed protective order, this proposed protective order does not comply with Rule 141.1(c)(1) of the Local Rules of the United States District Court, Eastern District of California. Local Rule 141.1(c)(1) requires "*[a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information.*" (Emphasis added.)

The protective order, in its current form, still does not comply with this requirement, as it repeats the same, deficient definition of "'CONFIDENTIAL' Information or Items" information as

before.  (*Compare* Doc. 24 at 2 (defining eligible material for protection as "information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c).") *with* Doc. 26 at 3 (same).)

**B.     The Parties' Stipulated Protective Order is Denied <u>Without</u> Prejudice**

The parties may re-file a revised proposed stipulated protective order that complies with Local Rule 141.1(c)(1) and corrects the deficiency set forth in this order.

### III.   CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED that the parties' request for approval of their proposed Stipulated Protective Order (Doc. 26) is DENIED without prejudice to renewing the request.

IT IS SO ORDERED.

Dated:   **March 12, 2021**                             /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

2