MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
JENNIFER N. WAHLGREN (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3174
Facsimile: (415) 986-8054

Attorneys for Defendants
AMGUARD INSURANCE COMPANY and
WESTGUARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON JUAN FOODS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; WESTGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 1:20-cv-00499-NONE-SKO<br><br>**THIRD STIPULATION TO EXTEND THE LITIGATION DEADLINES; ORDER**<br><br>(Doc. 32)<br><br>**Accompanying Document:**<br>Declaration of Mathew S. Foy |

Plaintiff Don Juan Foods, Inc. ("Plaintiff") and Defendants AmGUARD Insurance Company and WestGUARD Insurance Company ("Defendants") (collectively "the Parties") stipulate as follows:

WHEREAS, on July 7, 2020, this Court issued a Scheduling Order setting forth deadlines.

WHEREAS, on November 3, 2020, this Court granted the Parties' stipulation to extend the deadlines for expert discovery.

WHEREAS, on December 28, 2020, the Parties filed a Stipulation to Modify Scheduling Order to Extend the Litigation Deadlines.

WHEREAS, on January 18, 2021, this Court granted the Parties' Stipulation of December 28, 2020.

WHEREAS, on March 4, 2021, the Parties filed a Second Stipulation to Modify Scheduling Order to Extend the Litigation Deadlines to allow time to complete mediation and to account for potential delays in discovery due to the COVID-19 pandemic.

WHEREAS, on March 8, 2021, this Court granted the Parties' Stipulation of March 4, 2021.

WHEREAS, the Parties participated in mediation on May 18, 2021. While the mediation was not successful, the Parties have agreed that it is in their best interest to permit further investigation of certain claims in the litigation, and to pursue a further mediation after completion of such investigation. (Declaration of Mathew S. Foy ("Foy Decl.") at ¶ 2.)

WHEREAS, the Parties have met and conferred and agree that in order to allow time to complete investigation of certain claims and to participate in a further mediation, and in the interests of justice and to promote judicial economy, that the litigation deadlines in this action should be further continued. (Foy Decl. at ¶ 3.)

WHEREAS, based on the foregoing, the Parties seek to continue the current litigation deadlines in this action as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Non-Expert Discovery | August 16, 2021 | December 13, 2021 |

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Designation of Opening Experts with Reports | July 12, 2021 | November 12, 2021 |
| Designation of Rebuttal Experts with Reports | July 26, 2021 | November 22, 2021 |
| Expert Discovery Cutoff | October 11, 2021 | February 11, 2022 |
| Non-Dispositive Motion Filing | October 25, 2021 | February 25, 2022 |
| Non-Dispositive Motion Hearing | December 1, 2021 | April 1, 2022 |
| Dispositive Motion Filing | October 25, 2021 | February 25, 2022 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | February 2, 2022 | June 2, 2022 |

IT IS SO STIPULATED.

Dated: June 1, 2021  GORDON REES SCULLY MANSUKHANI, LLP


By  */s/ Mathew S. Foy*
    Matthew S. Foy
    Jennifer N. Wahlgren
Attorneys for Defendants
AMGUARD INSURANCE COMPANY and WESTGUARD INSURANCE COMPANY

Dated: June 1, 2021  MERLIN LAW GROUP, P.A.


By */s/ Courtney Abrams (as authorized on 6.1.21)*
    Michael J. Ponzo
    Courtney Abrams
Attorneys for Plaintiff
DON JUAN FOODS, INC.

## ORDER

Pursuant to the foregoing Stipulation by the Parties (Doc. 32), and for good cause shown, Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that the current litigation deadlines be continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery | August 16, 2021 | December 13, 2021 |
| Designation of Opening Experts with Reports | July 12, 2021 | November 12, 2021 |
| Designation of Rebuttal Experts with Reports | July 26, 2021 | November 22, 2021 |
| Expert Discovery Cutoff | October 11, 2021 | February 11, 2022 |
| Non-Dispositive Motion Filing | October 25, 2021 | February 25, 2022 |
| Non-Dispositive Motion Hearing | December 1, 2021 | April 6, 2022[1] |
| Dispositive Motion Filing | October 25, 2021 | February 25, 2022 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | February 2, 2022 | June 7, 2022 at 8:15 a.m.[2] |

IT IS SO ORDERED.

Dated: **June 2, 2021**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Sheila K. Oberto hears civil motions on Wednesdays at 9:30 a.m.
[2] The parties requested a new pre-trial conference date of June 2, 2022, but due to the press of business, the Court continues the pre-trial conference to June 7, 2022.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111