1  MATTHEW S. FOY (SBN: 187238)
   mfoy@grsm.com
2  JENNIFER N. WAHLGREN (SBN: 249556)
   jwahlgren@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 875-3174
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   AMGUARD INSURANCE COMPANY and
7  WESTGUARD INSURANCE COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 | DON JUAN FOODS, INC., a California     | CASE NO.  1:20-CV-00499-NONE-
   | Corporation,                          | SKO
13 |                              Plaintiff,| **FOURTH STIPULATION TO**
   |                                        | **EXTEND THE LITIGATION**
14 |        v.                              | **DEADLINES; ORDER**
15 | AMGUARD INSURANCE COMPANY, a           | (Doc. 35)
   | Pennsylvania Corporation; WESTGUARD    |
16 | INSURANCE COMPANY, a Pennsylvania      | **Accompanying Documents:**
   | Corporation; and DOES 1-20 inclusive,  | Declaration of Jennifer Wahlgren
17 |                                        | Declaration of Courtney Abrams
   |                             Defendants. |
18

19        Plaintiff Don Juan Foods, Inc. ("Plaintiff") and Defendants AmGUARD Insurance

20 Company and WestGUARD Insurance Company ("Defendants") (collectively "the Parties")

21 stipulate as follows:

22        WHEREAS, on July 7, 2020, this Court issued a Scheduling Order setting forth deadlines.

23        WHEREAS, on November 3, 2020, this Court granted the Parties' stipulation to extend the

24 deadlines for expert discovery only.

25        WHEREAS, on December 28, 2020, the Parties filed a Stipulation to Modify Scheduling

26 Order to Extend the Litigation Deadlines ("First Stipulation"). On January 18, 2021, this Court

27 granted the Parties' First Stipulation.

28

-1-
FOURTH STIPULATION TO EXTEND LITIGATION DEADLINES; ORDER

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

**Gordon Rees Scully Mansukhani, LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1    WHEREAS, on March 4, 2021, the Parties filed a Second Stipulation to Modify Scheduling

2    Order to Extend the Litigation Deadlines to allow time to complete mediation and to account for

3    potential delays in discovery due to the COVID-19 pandemic ("Second Stipulation").  On March

4    8, 2021, this Court granted the Parties' Second Stipulation.

5    WHEREAS, the Parties participated in mediation on May 18, 2021.  While the mediation

6    was not successful, the Parties agreed that it was in their best interest to permit further investigation

7    of certain claims in the litigation, and to pursue a further mediation after completion of such

8    investigation.  (Declaration of Jennifer Wahlgren ("Wahlgren Decl.") at ¶¶ 2 -3; ECF No. 32.)

9    WHEREAS, on June 1, 2021, the Parties filed a Third Stipulation to Extend Litigation

10   Deadlines to allow time to complete investigation of certain claims and to participate in a further

11   mediation ("Third Stipulation").  On June 3, 2021, this Court granted the Parties' Third Stipulation.

12   WHEREAS, the Parties continued their investigation of claims in the litigation and the

13   Parties' consultants exchanged their reports.  A further mediation before Arnie Levinson was

14   scheduled for November 8, 2021. (Wahlgren Decl. at ¶ 4.) Plaintiff's counsel subsequently

15   canceled the November 8, 2021 mediation following the parties' October 13, 2021 telephone

16   conference upon learning Defendant's position remained unchanged. (Abrams Decl. at ¶¶ 18-20.)

17   WHEREAS, the Parties have met and conferred and agree that in order to allow time to

18   conduct the 18 depositions the parties intend to take now that mediation will not occur, to account

19   for the unavailability of both parties' crucial witnesses during the remainder of the fact discovery

20   period, and in the interests of justice and to promote judicial economy, that the litigation deadlines

21   in this action should be further continued. (Wahlgren Decl. at ¶ 10.)

22   WHEREAS, the parties have agreed to engage in informal settlement discussions and a

23   settlement conference is scheduled for April 21, 2022.

24   WHEREAS, based on the foregoing, the Parties seek to continue the current litigation

25   deadlines in this action as follows:

26   ///

27   ///

28   ///

FOURTH STIPULATION TO EXTEND LITIGATION DEADLINES; ORDER

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Non-Expert Discovery | December 13, 2021 | March 18, 2022 |
| Designation of Opening Experts with Reports | November 12, 2021 | February 11, 2022 |
| Designation of Rebuttal Experts with Reports | November 22, 2021 | February 28, 2022 |
| Expert Discovery Cutoff | February 11, 2022 | June 15, 2022 |
| Non-Dispositive Motion Filing | February 25, 2022 | June 8, 2022 |
| Non-Dispositive Motion Hearing | April 6, 2022 | July 6, 2022 at 9:30 a.m. |
| Dispositive Motion Filing | February 25, 2022 | June 8, 2022 |
| Dispositive Motion Hearing[1] | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | June 7, 2022 | September 13, 2022 |

IT IS SO STIPULATED.

Dated: November 4, 2021          GORDON REES SCULLY MANSUKHANI, LLP


By _/s/ Jennifer N. Wahlgren_
     Matthew S. Foy
     Jennifer N. Wahlgren
Attorneys for Defendants
AMGUARD INSURANCE COMPANY and
WESTGUARD INSURANCE COMPANY



Dated: November 4, 2021          MERLIN LAW GROUP, P.A.


By _/s/ Courtney Abrams_ (as authorized on 11/4/21)
     Michael J. Ponzo
     Courtney Abrams
Attorneys for Plaintiff
DON JUAN FOODS, INC.

---

[1] Based on the Court's Order of Clarification: No District Judge Available To Hear Matters (ECF No. 34), the Parties understand that the Dispositive Motion Hearing and Pre-Trial Conference will be vacated by minute order.

-3-

FOURTH STIPULATION TO EXTEND LITIGATION DEADLINES; ORDER

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ORDER**

Pursuant to the foregoing Stipulation by the Parties (Doc. 35), and for good cause shown, Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that the current litigation deadlines be continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery | December 13, 2021 | March 18, 2022 |
| Designation of Opening Experts with Reports | November 12, 2021 | February 11, 2022 |
| Designation of Rebuttal Experts with Reports | November 22, 2021 | February 28, 2022 |
| Expert Discovery Cutoff | February 11, 2022 | June 15, 2022 |
| Non-Dispositive Motion Filing | February 25, 2022 | June 8, 2022 |
| Non-Dispositive Motion Hearing | April 6, 2022 | July 6, 2022 at 9:30 a.m. |
| Dispositive Motion Filing | February 25, 2022 | June 8, 2022 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | June 7, 2022 | September 13, 2022 |

IT IS SO ORDERED.

Dated:    **November 5, 2021**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

1210275/62866817v.1

FOURTH STIPULATION TO EXTEND LITIGATION DEADLINES; ORDER