1  MATTHEW S. FOY (SBN: 187238)
    mfoy@grsm.com
2  JENNIFER N. WAHLGREN (SBN: 249556)
    jwahlgren@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
    275 Battery Street, Suite 2000
4  San Francisco, CA 94111
    Telephone: (415) 875-3174
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
    AMGUARD INSURANCE COMPANY and
7  WESTGUARD INSURANCE COMPANY

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

12  DON JUAN FOODS, INC., a California Corporation,

13              Plaintiff,

14       v.

15  AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; WESTGUARD
16  INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1-20 inclusive,

17

18              Defendants.

CASE NO. 1:20-CV-00499-JLT-SKO

**FIFTH STIPULATION TO EXTEND THE LITIGATION DEADLINES; ORDER**

(Doc. 40)

**Accompanying Documents:**
Declaration of Jennifer Wahlgren
Declaration of Courtney Abrams

19       Plaintiff Don Juan Foods, Inc. ("Plaintiff") and Defendants AmGUARD Insurance

20  Company and WestGUARD Insurance Company ("Defendants") (collectively "the Parties")

21  stipulate as follows:

22       WHEREAS, on July 7, 2020, this Court issued a Scheduling Order setting forth deadlines.

23       WHEREAS, on November 3, 2020, this Court granted the Parties' stipulation to extend the

24  deadlines for expert discovery only.

25       WHEREAS, on December 28, 2020, the Parties filed a Stipulation to Modify Scheduling

26  Order to Extend the Litigation Deadlines ("First Stipulation"). On January 18, 2021, this Court

27  granted the Parties' First Stipulation.

28

-1-
FIFTH STIPULATION TO EXTEND LITIGATION DEADLINES; ORDER

WHEREAS, on March 4, 2021, the Parties filed a Second Stipulation to Modify Scheduling Order to Extend the Litigation Deadlines to allow time to complete mediation and to account for potential delays in discovery due to the COVID-19 pandemic ("Second Stipulation"). On March 8, 2021, this Court granted the Parties' Second Stipulation.

WHEREAS, the Parties participated in mediation on May 18, 2021. While the mediation was not successful, the Parties agreed that it was in their best interest to permit further investigation of certain claims in the litigation, and to pursue a further mediation after completion of such investigation. (Declaration of Jennifer Wahlgren ("Wahlgren Decl.") at ¶¶ 2 -3; ECF No. 32.)

WHEREAS, on June 1, 2021, the Parties filed a Third Stipulation to Extend Litigation Deadlines to allow time to complete investigation of certain claims and to participate in a further mediation ("Third Stipulation"). On June 3, 2021, this Court granted the Parties' Third Stipulation.

WHEREAS, the Parties continued their investigation of claims in the litigation and the Parties' consultants exchanged their reports. A further mediation before Arnie Levinson was scheduled for November 8, 2021. (Wahlgren Decl. at ¶ 4.) The mediation did not go forward. (ECF No. 35.) On November 4, 2021, the Parties filed a Fourth Stipulation to Extend Litigation Deadlines to allow time to conduct the discovery the parties intended to take since the mediation did not occur and to account for the unavailability for both parties' crucial witnesses during the remainder of the fact discovery period ("Fourth Stipulation"). On November 8, 2021, this Court granted the parties' Fourth Stipulation.

WHEREAS, after the parties filed the Fourth Stipulation, they engaged in further written discovery and are currently meeting and conferring about various discovery disputes. (Wahlgren Decl. at ¶ 5.) In December 2021, Plaintiff's counsel Courtney Abrams contracted COVID-19. (Declaration of Courtney Abrams ("Abrams Decl.") at ¶ 3.) As a result, Plaintiff was unable to move forward with discovery while she was ill. (Id.) Since the parties filed the Fourth Stipulation, Defendants' counsel Jennifer Wahlgren learned she must undergo surgery, which is currently scheduled for February 18, 2022. (Wahlgren Decl. at ¶ 6.) Her doctors estimate she will be out of work for at least two weeks. (Id.) Both Ms. Abrams and Ms. Wahlgren are the attorneys primarily responsible for conducting the discovery in this case at their respective firms.

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

WHEREAS, the parties intend to take approximately 16 percipient witness depositions in this case. The parties have agreed to a deposition schedule to commence in February 2022 and resume once Ms. Wahlgren returns from medical leave. (Wahlgren Decl. at ¶ 7.)

WHEREAS, the parties have met and conferred and agree that to account for the time lost for discovery due to Plaintiff's counsel contracting COVID-19 and Defendants' counsel's scheduled surgery, and in the interests of justice and to promote judicial economy, that the litigation deadlines in this action should be further continued. (Wahlgren Decl. at ¶ 7.)

WHEREAS, the parties have agreed to engage in informal settlement discussions and a settlement conference is scheduled for April 21, 2022. On January 7, 2022, the Court reassigned this matter from Unassigned District Judge to District Judge Jennifer L. Thurston. No trial date has been set for this matter.

WHEREAS, based on the foregoing, the Parties seek to continue the current litigation deadlines in this action as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Non-Expert Discovery | March 18, 2022 | May 20, 2022 |
| Designation of Opening Experts with Reports | February 11, 2022 | April 15, 2022 |
| Designation of Rebuttal Experts with Reports | February 28, 2022 | May 2, 2022 |
| Expert Discovery Cutoff | June 15, 2022 | August 17, 2022 |
| Non-Dispositive Motion Filing | June 8, 2022 | August 10, 2022 |
| Non-Dispositive Motion Hearing | July 6, 2022 at 9:30 a.m. | September 7, 2022 at 9:30 a.m. |
| Dispositive Motion Filing | June 8, 2022 | August 10, 2022 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | September 13, 2022 | November 15, 2022 |

///

///

-3-
FIFTH STIPULATION TO EXTEND LITIGATION DEADLINES; ORDER

1       IT IS SO STIPULATED.

2   Dated:  January 28, 2022              GORDON REES SCULLY MANSUKHANI, LLP

By */s/ Jennifer N. Wahlgren*
    Matthew S. Foy
    Jennifer N. Wahlgren
Attorneys for Defendants
AMGUARD INSURANCE COMPANY and WESTGUARD INSURANCE COMPANY

Dated: January 28, 2022              MERLIN LAW GROUP, P.A.

By */s/ Courtney Abrams* (as authorized on 1/28/22)
    Michael J. Ponzo
    Courtney Abrams
Attorneys for Plaintiff
DON JUAN FOODS, INC.

-4-
FIFTH STIPULATION TO EXTEND LITIGATION DEADLINES; ORDER

**ORDER**

Pursuant to the foregoing Stipulation by the Parties (Doc. 40), and for good cause shown, Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that the current litigation deadlines be continued as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Non-Expert Discovery | March 18, 2022 | May 20, 2022 |
| Designation of Opening Experts with Reports | February 11, 2022 | April 15, 2022 |
| Designation of Rebuttal Experts with Reports | February 28, 2022 | May 2, 2022 |
| Expert Discovery Cutoff | June 15, 2022 | August 17, 2022 |
| Non-Dispositive Motion Filing | June 8, 2022 | August 10, 2022 |
| Non-Dispositive Motion Hearing | July 6, 2022 at 9:30 a.m. | September 7, 2022 at 9:30 a.m. |
| Dispositive Motion Filing | June 8, 2022 | August 10, 2022 |
| Dispositive Motion Hearing | According to Local Rules | According to Local Rules |
| Pre-Trial Conference | September 13, 2022 | November 15, 2022 |

IT IS SO ORDERED.

Dated: **January 31, 2022**           /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1210275/64369528v.1